Edward Gross, defendant in error, v. William W. Wheelock and William G. Bierd, receivers of the Chicago & Alton Railroad Company, plaintiffs in error. Gen. No. 8,133.

Opinion filed January 25, 1928.

William L. Patton, for plaintiffs in error; Silas H. Strawn and Wm. & Barry Mumford, of counsel. Strubinger & Strubinger and Elizabeth Mayo, for defendant in error.

Mr. Presiding Justice Shurtleff delivered the opinion of the court.